LUCILE DUMAS et al. v. STATE.

No. A-3175.   Opinion Filed April 5, 1919.

Appeal from County Court, Okmulgee County;

Dudley C. Monk, Judge.

Lucile Dumas and Jessie McBride were convicted of the crime of unlawful possession of intoxicating liquors, and each sentenced to pay a fine of $50 and to serve thirty days in the county jail, and both appeal.   Affirmed.

PER CURIAM.   This cause has been pending in this court since the 22d day of October, 1917, no brief having been filed in behalf of plaintiffs in error, and no appearance made by counsel to orally argue the same on the date the cause was submitted.

The court has examined the information, instructions of the court, and judgment and sentence, and finds the proceedings regular.

No reversible error having been urged either in a brief or by oral argument, and none appearing from an examination of the record, the judgment of conviction as to each plaintiff in error is affirmed.

---

ROSS BECKETT v. STATE.

No. A-3193.   Opinion Filed April 5, 1919.

Appeal from District Court, Garfield County;

J. C. Robberts, Judge.

H. J. Sturgis, for plaintiff in error.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Ross Beckett, was convicted of keeping a place in the city of Enid with the felonious intent and purpose of selling intoxicating liquors.   To reverse the judgment rendered on the verdict, he appeals.   In the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, the statute upon which this prosecution was based, is held unconstitutional and void.   For the reasons stated in the opinion in that case, the judgment is reversed.